The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON ELAINE BURLESON,<br><br>                              Plaintiff,<br><br>    v.<br><br>SECURITY PROPERTIES RESIDENTIAL, LLC;<br><br>AMY SIMPSON, Property Manager of Security Properties Residential, LLC;<br><br>JENNIFER SPAGNOLA, AUM, Inc.;<br><br>AUM, INC., Third Party Billing Company;<br><br>Owners of AUM, Inc.: MICHAEL MILLER, BOB MALPASUTO, DAVE CARPENTER, and DAN WITTE,<br><br>                              Defendants. | NO. 18-cv-00513 RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: MAY 30, 2018 |

      Defendants Jennifer Spagnola, Dave Carpenter and Dan Witte, by and through their counsel, and Plaintiff Sharon Elaine Burleson, hereby stipulate, agree and move for an order

///

///

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO COMPLAINT
(NO. 18-cv-00513 RSL) - 1

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

extending the deadline for the Defendants Spagnola, Carpenter and Witte to respond to Plaintiff's Complaint, filed on April 6, 2018 (Dkt. 1), from June 5, 2018, to June 15, 2018.

DATED this 30th day of May, 2018.

BYRNES KELLER CROMWELL LLP

By  s/ Nicholas Ryan-Lang
    Nicholas Ryan-Lang, WSBA #45826
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Fax: (206) 622-2522
Email: nryanlang@byrneskeller.com

*Attorneys for Defendants Jennifer Spagnola, Dave Carpenter and Dan Witte*

By  s/ Sharon Elaine Burleson
    Sharon Elaine Burleson, *Plaintiff*
4801 Rainier Avenue S., #629
Seattle, WA 98118
Phone: (206) 476-3163

## ORDER

IT IS SO ORDERED.

DATED this __31st__ day of May, 2018.

_____
Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

BYRNES KELLER CROMWELL LLP

By  s/ Nicholas Ryan-Lang
    Nicholas Ryan-Lang, WSBA #45826
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Fax: (206) 622-2522
Email: nryanlang@byrneskeller.com

FOLEY & LARDNER LLP

By  s/ Jaikaran Singh
    Jaikaran Singh, CA Bar No. 201355
(*Pro Hac Vice to be filed*)
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Phone: (858) 847-6700/Fax: (858) 792-6773
Email: jsingh@foley.com
*Attorneys for Defendants Jennifer Spagnola, Dave Carpenter and Dan Witte*

By  s/ Sharon Elaine Burleson
    Sharon Elaine Burleson, *Plaintiff*
4801 Rainier Avenue S., #629
Seattle, WA 98118
Phone: (206) 476-3163
Email: eboshiebops@yahoo.com

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO COMPLAINT
(NO. 18-cv-00513 RSL) - 2

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000