1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8    SHARON ELAINE BURLESON,

9                    Plaintiff,              CASE NO.  C18-0513RSL

10           v.

11                                           ORDER RENOTING MOTION
     SECURITY PROPERTIES                     FOR PRELIMINARY
12   RESIDENTIAL, LLC, *et al.*,             INJUNCTION

13                    Defendants.

14

15           On May 2, 2018, plaintiff filed a motion for preliminary injunction (Dkt. # 8) to

16   prevent defendant Security Properties Residential, LLC, from evicting her during the

17   pendency of this litigation. Defendant timely filed a motion for an extension of time in

18   which to respond. Dkt. # 15. That motion is unopposed and, therefore, GRANTED. The

19   Clerk of Court is directed to renote Dkt. # 8 on the Court's calendar for Friday, June 15,

20   2018. Defendant shall file its response as requested on or before June 5, 2018. Plaintiff

21   shall file her reply, if any, on or before June 15, 2018.

22

23           Dated this 1st day of June, 2018.

24                                          *MrS Lasnik*

25                                          Robert S. Lasnik
                                            United States District Judge
26

     ORDER RENOTING MOTION FOR
     PRELIMINARY INJUNCTION