UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON ELAINE BURLESON,

    Plaintiff,

v.

SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,

    Defendants.

CASE NO. C18-0513RSL

ORDER DESIGNATING DKT. # 1 AS THE OPERATIVE PLEADING

On May 2, 2018, plaintiff filed a motion to correct page 28 of the complaints served on each defendant. Apparently an edit was made to that page after copies were made for service with the summons but before the original was filed with the Court. Corrected versions of page 28 have been mailed to each defendant.

For purposes of this litigation, the complaint as it appears at Dkt. # 1 in the Court's electronic docket is the operative pleading.

Dated this 1st day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DESIGNATING DKT. # 1
AS THE OPERATIVE PLEADING