UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON ELAINE BURLESON,

    Plaintiff,

  v.

SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,

    Defendants.

CASE NO. C18-0513RSL

ORDER DENYING MOTION FOR EXTENSION OF TIME IN WHICH TO AMEND COMPLAINT

On May 2, 2018, plaintiff filed a motion for extension of time in which to amend her complaint. Dkt. # 4. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), plaintiff may amend her complaint once as a matter of course and without additional permissions or approvals up until 21 days after defendants serve their answer or file a motion to dismiss, whichever is earlier. After that point in time, plaintiff will need agreement of the parties or an order of the Court to amend her complaint. In addition, the Court will issue a case management order that sets a final deadline for any amended pleadings: that deadline is intended to allow the parties to prepare for trial with confidence that they know what the case is about. Because none of these deadlines has yet passed or is imminent, plaintiff's motion for an extension is DENIED as unnecessary.

ORDER DENYING MOTION FOR
EXTENSION OF TIME IN WHICH
TO AMEND COMPLAINT

1     Dated this 1st day of June, 2018.

2                               /s/ Robert S. Lasnik
                                Robert S. Lasnik

3                                 United States District Judge

26 ORDER DENYING MOTION FOR
EXTENSION OF TIME IN WHICH
TO AMEND COMPLAINT

-2-