# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHARON ELAINE BURLESON,

    Plaintiff,

v.

SECURITY PROPERTIES
RESIDENTIAL, LLC, *et al.*,

    Defendants.

CASE NO. C18-0513RSL

ORDER DENYING MOTIONS
TO AMEND COMPLAINT AS
UNNECESSARY

On May 2, 2018, plaintiff filed motions to amend her complaint to remove the reference to MMWC Holdings, Inc., as the "Entity Name" for defendant AUM, Inc. (Dkt. # 6) and to add Velocity as a defendant (Dkt. # 7). Pursuant to Fed. R. Civ. P. 15(a)(1)(B), plaintiff may amend her complaint once as a matter of course and without additional permissions or approvals up until 21 days after defendants serve their answer or file a motion to dismiss, whichever is earlier. Because no defendant has yet responded to the original complaint, leave to amend is not necessary.

The proposed amendment cannot, however, be accomplished simply by notifying the Court of a change or mailing an altered version of the complaint to a single defendant. Plaintiff must file the amended complaint - in the form of a self-contained document setting forth all of her factual allegations and claims - in the Court's docket

and serve it on all defendants. If a defendant has already been served and has appeared in this action, service will be accomplished as soon as the complaint is filed in the Court's electronic docketing system. If a defendant has been served but has not yet appeared, plaintiff should mail a copy of the amended complaint to that defendant through the U.S. Postal Service. If a defendant has not yet been served in this matter, the amended complaint must be served with a summons as provided in Fed. R. Civ. P. 4

Dated this 1st day of June, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge