UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ELAINE BURLESON,<br><br>          Plaintiff,<br><br>    v.<br><br>SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,<br><br>          Defendants. | CASE NO. C18-0513RSL<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on plaintiff's motion for preliminary injunction (Dkt. # 8) to prevent defendant Security Properties Residential, LLC, from evicting her during the pendency of this litigation. "In order to obtain preliminary injunctive relief, a plaintiff must establish that [s]he is likely to succeed on the merits, that [s]he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in h[er] favor, and that an injunction is in the public interest." Flexible Lifeline Sys., Inc. v. Precision Lift, Inc., 654 F.3d 989, 994 (9th Cir. 2011) (internal quotation marks omitted). An injunction may also issue at the beginning of the case if plaintiff shows "that serious questions going to the merits were raised and the balance of hardships tips sharply in the plaintiff's favor," in addition to the equitable and public interest elements. Alliance for the Wild Rockies v. Cottrell, 632 F.3d 1127, 1134

ORDER DENYING MOTION FOR
PRELIMINARY INJUNCTION

(9th Cir. 2011).

Plaintiff alleges that Security Properties Residential, LLC, is her landlord and has discriminated against her based on her race and disability by (a) charging her excessive rates for water, sewer, and trash services, (b) failing to disclose how those charges are calculated, and/or (c) failing to provide a safe and secure living environment. In her motion for preliminary injunction, plaintiff argues that it would be unfair to allow defendants to evict her for failing to pay her utility bills before her discrimination claims have been resolved. Plaintiff provides no evidence that links her utility bills to her race or disability and makes no effort to show that she is likely to prevail upon her discrimination claims. Plaintiff's motion for injunctive relief is therefore DENIED.

Dated this 20th day of June, 2018.

Robert S. Lasnik
United States District Judge