UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON ELAINE BURLESON,

        Plaintiff,

        v.

SECURITY PROPERTIES
RESIDENTIAL, LLC, *et al.*,

        Defendants.

CASE NO.  C18-0513RSL

ORDER GRANTING
EXTENSIONS OF TIME

      This matter comes before the Court on "Security Properties Residential LLC and Amy Simpson's Motion for Extension of Time to Answer Plaintiff's Second Amended Complaint" (Dkt. # 77) and plaintiff's "Motion and Order to Extend Deadline Until February 5, 2019" (Dkt. # 78). The motions are GRANTED.

      The deadline by which plaintiff must file a motion for leave to file a third amended complaint is hereby extended to February 5, 2019. In order to keep this case moving forward, no further extensions of this deadline will be granted.

      If plaintiff fails to file a motion for leave to amend by February 5, 2019, defendants shall respond to the Second Amended Complaint on or before February 19, 2019. If the Court denies plaintiff's anticipated motion for leave to file a third amended pleading, defendants shall respond to the Second Amended Complaint within fourteen days of that denial. If leave to amend is granted, defendants shall respond to the third

ORDER REGARDING MOTIONS
TO EXTEND TIME

1    amended complaint without fourteen days of the amendment.

2

3        Dated this 25th day of January, 2019.

4                                    _MM S Lasnik_____
                                     Robert S. Lasnik
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING MOTIONS
TO EXTEND TIME