UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ELAINE BURLESON,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,<br><br>Defendants. | CASE NO. C18-0513RSL<br><br>ORDER DENYING DEFENDANTS' MOTION FOR A JUDICIAL SETTLEMENT CONFERENCE |

This matter comes before the Court on "Defendant Security Properties Residential LLC and Amy Simpson's Motion for a Judicial Settlement Conference." Dkt. # 91. The motion is opposed. The Court declines to compel an unwilling party to participate in settlement negotiations at this early stage of the litigation, nor will it utilize scarce judicial resources absent a consensus that settlement is possible. Defendants' motion is DENIED.

Dated this 12th day of July, 2019.

Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANTS' MOTION
FOR A JUDICIAL SETTLEMENT CONFERENCE