UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON ELAINE BURLESON,

    Plaintiff,

v.

SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,

    Defendants.

CASE NO. C18-0513RSL

ORDER

This matter comes before the Court on plaintiff's "Motion to Request a Deadline Extension to File the Joint Status Report" (Dkt. # 93), "Defendants' Joint Status Report and Discovery Plan" (Dkt. # 94), and plaintiff's "Motion to Reject Defendants' Singularly-Filed Joint Status Report" (Dkt. # 96). The deadline for submitting the joint status report was June 21, 2019. The parties were unable to coordinate their responses regarding case management deadlines and activities by the deadline: defendants filed their own status report while plaintiff requested an extension of time. Defendants do not oppose the continuance requested by plaintiff. Plaintiff, for her part, notes that defendants' status report does not contain the information requested by the Court in the format or order requested and seeks to have defendants' submission stricken.

ORDER - 1

Having reviewed the submissions of the parties, it is hereby ORDERED that:

(1) Plaintiff's motions (Dkt. # 93 and # 96) are GRANTED, and the non-compliant status report submitted by defendants (Dkt. # 94) is STRICKEN. The parties shall, on or before August 1, 2019, submit a <u>joint</u> status report answering the questions set forth in Dkt. # 90 in correspondingly numbered paragraphs. If the parties are unable to agree on any part of the report, they may answer the question(s) in separate paragraphs under the same paragraph number. No separate reports are to be filed.

(2) In paragraph number 5 of the joint status report, the parties shall affirm that they have disclosed (a) the name and contact information of individuals they may use to support a claim or defense, (b) copies of all documents they may use to support a claim or defense, (c) a computation of damages claimed, and (d) any insurance policies that may be implicated by this lawsuit. <u>See</u> Fed. R. Civ. P. 26(a)(1).

(3) If plaintiff intends to amend her complaint, she must file a motion for leave to amend and attach a copy of the proposed pleading pursuant to the procedure set forth in LCR 15.

Dated this 12th day of July, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 2