UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON ELAINE BURLESON,

    Plaintiff,

v.

SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,

    Defendants.

CASE NO. C18-0513RSL

ORDER

This matter comes before the Court on plaintiff's "Unopposed Motion Requesting Deadline Relief." Dkt. # 99. The motion is GRANTED. The parties shall, on or before August 22, 2019, submit a <u>joint</u> status report answering the questions set forth in Dkt. # 90 in correspondingly numbered paragraphs. If the parties are unable to agree on any part of the report, they may answer the question(s) in separate paragraphs under the same paragraph number. No separate reports are to be filed. **In order to keep this case moving forward, no further extensions of this filing deadline will be granted.**

In paragraph number 5 of the joint status report, the parties shall affirm that they have disclosed (a) the name and contact information of individuals they may use to support a claim or defense, (b) copies of all documents they may use to support a claim or defense, (c) a computation of damages claimed, and (d) any insurance policies that

ORDER - 1

may be implicated by this lawsuit. See Fed. R. Civ. P. 26(a)(1).

If plaintiff intends to amend her complaint, she must file a motion for leave to amend and attach a copy of the proposed pleading pursuant to the procedure set forth in LCR 15.

Dated this 31st day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2