UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON ELAINE BURLESON,

   Plaintiff,

   v.

SECURITY PROPERTIES
RESIDENTIAL, LLC, *et al.*,

   Defendants.

CASE NO. C18-0513RSL

ORDER

The pro se plaintiff in the above-captioned matter has requested an extension of time in which to respond to motions currently pending before the Court. The requests (Dkt. # 130-32) are GRANTED. The Clerk of Court is directed to renote Dkt. # 124, # 126, and # 128 on the Court's calendar for Friday, November 20, 2020. Plaintiffs' responses must be received by defendants and the Court on or before Monday, November 16, 2020.

DATED this 29th day of October, 2020.

Robert S. Lasnik
United States District Judge

ORDER