UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ELAINE BURLESON,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PROPERTIES RESIDENTIAL, LLC, *et al.*,<br><br>Defendants. | CASE NO.  C18-0513RSL<br><br>ORDER REGARDING SETTLEMENT CONFERENCE |

This matter comes before the Court on "Defendants' Joint Motion for Clarification." Dkt. # 156. As specified in the second amended case management order:

> The settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

The Court declines to appoint a judicial officer as a neutral at this point in the proceedings.

Dated this 12th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING SETTLEMENT CONFERENCE