UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ELAINE BURLESON,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PROPERTIES RESIDENTIAL, LLC; AMY SIMPSON, Property Manager of Security Properties Residential, LLC; JENNIFER SPAGNOLA, AUM, INC., Third Party Billing Company,<br><br>Defendants. | No.: 2:18-CV-00513-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Ebony Rose Frazier as the authorized personal representative (King County Superior Court Case No. 21-4-03534-9 SEA) of decedent Plaintiff Sharon Elaine Burleson ("Plaintiff") and Defendants Security Properties Residential, LLC, Amy Simpson, Jennifer Spagnola and American Utilities, Inc. erroneously sued as AUM, INC. have

///

///

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:18-CV-00513-RSL

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

resolved this matter, and thus stipulate to dismissal of the lawsuit with prejudice and without costs or fees to any party.

DATED: July 2, 2021

**PLAINTIFF**

s/ Ebony Rose Frazier
Ebony Rose Frazier
ebonymartin83@gmail.com
personal representative for
Sharon Elaine Burleson, *Pro Se*
eboshiebops@yahoo.com

**BULLIVANT HOUSER BAILEY PC**

s/ John M. Kreutzer
John M. Kreutzer, WSBA No. 30068
One SW Columbia St., Suite 800
Portland, OR 97204
Phone: (503) 228-6351
Fax: (503) 295-0915
john.kreutzer@bullivant.com
*Attorneys for Defendant Security Properties Residential, LLC and Amy Simpson*

**FOLEY & LARDNER, LLP**

s/ Jaikaran Singh
Jaikaran Singh CA Bar No. 201355
***Appearing Pro Hac Vice***
11988 El Camino Real Ste 400
San Diego, CA 92130-2594
Phone: (858) 847-6717
jsingh@foley.com
*Attorneys for Defendant Jennifer Spagnola*

**GORDON REES SCULLY MANSUKHANI, LLP**

s/ Petra N. Ambrose
Petra N. Ambrose, WSBA No. 48942
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5112
Fax: (206) 689-2822
pambrose@grsm.com
*Attorneys for Defendant American Utility Management, Inc.*

## ORDER OF DISMISSAL

Pursuant to the Stipulation of counsel, IT IS ORDERED that this lawsuit is hereby dismissed with prejudice and without costs or fees awarded to any party.

Dated this 6th day of July, 2021.

*[signature]*
HONORABLE ROBERT S. LASNIK

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:18-CV-00513-RSL

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

Prepared and presented by:

**BULLIVANT HOUSER BAILEY PC**

  s/ John M. Kreutzer
John M. Kreutzer, WSBA No. 30068
  *Attorneys for Defendants Security Properties
  Residential, LLC and Amy Simpson*

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

**PLAINTIFF**

  s/  Ebony Rose Frazier
Ebony Rose Frazier
ebonymartin83@gmail.com
personal representative for
Sharon Elaine Burleson, *Pro Se*
eboshiebops@yahoo.com

**FOLEY & LARDNER, LLP**

  s/ Jaikaran Singh
Jaikaran Singh
***Appearing Pro Hac Vice***
jsingh@foley.com
    *Attorneys for Defendant Jennifer Spagnola*

**GORDON REES SCULLY
MANSUKHANI, LLP**

  s/ Petra N. Ambrose
Petra N. Ambrose, WSBA No. 48942
pambrose@grsm.com
*Attorneys for Defendant
American Utility Management, Inc.*